# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN M. COLLINS, JAY & ANDREW YOUNT FAMILY PRESERVATION SOCIETY, INC., and JAY DEE YOUNT,<br><br>Plaintiffs,<br><br>v.<br><br>THE PLANNING COMMISSION OF THE CITY OF MADERA, CALIFORNIA, DENNIS WRIGHT, KENNY SHOETTLER and WILLIE HIBDON,<br><br>Defendants. | 1:10-cv-00430 AWI GSA<br><br>**ORDER DIRECTING PLAINTIFFS TO FILE AN AMENDED COMPLAINT**<br><br>**ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br>(Document 2)<br><br>**ORDER DIRECTING PLAINTIFFS TO FILE APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**<br><br>**ORDER RE PLAINTIFF'S SUBPOENAS** |

### *The Complaint*

On March 10, 2010, Plaintiffs Lynn M. Collins, Jay & Andrew Yount Family Preservation Society, Inc., and Jay Dee Yount filed a complaint in the above-entitled matter. (Doc. 1.) The Court notes however that the complaint is signed by only one Plaintiff: Jay Dee Yount. The signature lines provided for Plaintiffs Lynn M. Collins and a representative of the Jay & Andrew Yount Family Preservation Society, Inc. are unsigned. (*See* Doc. 1 at 9.)

Rule 11 of the Federal Rules of Civil Procedure provides, in pertinent part:

> Every pleading, written motion, and other paper must be signed by at least one attorney . . . *or by a party personally if the party is unrepresented.* . . . The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention.

(Emphasis added.) Thus, Plaintiffs are notified that their complaint will be stricken unless an amended complaint *signed by all Plaintiffs* is filed on or before April 19, 2010.

### *IFP Application*

On March 10, 2010, Plaintiff Jay Dee Yount also filed an Application to Proceed In Forma Pauperis. (Doc. 2.) The application was made using a form from the United States District Court for the Northern District of California, rather than this district. Additionally, it is noted that neither of the remaining two Plaintiffs have filed an application to proceed in forma pauperis.

In light of the above, the pending application is DENIED. The Clerk of the Court is directed to serve Plaintiffs, simultaneous with this Order, with three separate sets of the Eastern District Court's Application to Proceed Without Prepayment of Fees and Affidavit form. Each Plaintiff must submit a separate, signed application to proceed in forma pauperis, or pay the $350.00 filing fee on or before April 19, 2010.

### *Subpoenas in a Civil Case*

Plaintiffs also submitted a number of subpoenas to the Court at the time the complaint was filed. The subpoenas are directed to a number of individuals identified as members of the Madera Planning Commission, other named Defendants, and several individuals identified as "hostile" witnesses. The Court will not issue subpoenas at this time.

Subject to certain requirements, and the procedures set forth in the Federal Rules of Civil Procedure and this Court's Local Rules, Plaintiffs may be entitled to the issuance of subpoenas. However, at this time, the issuance of any subpoena is premature. Discovery will commence following the service of Plaintiffs' signed, amended complaint. As for subpoenas directed to

non-parties, Plaintiffs are cautioned they may be entitled to future issuance of subpoenas commanding the production of documents from non-parties (Fed. R. Civ. P. 45), but *only if* the documents sought from the non-party are discoverable, are not equally available to Plaintiffs, and are not obtainable from Defendants through a request for production of documents.  Fed. R. Civ. P. 45(c); Fed. R. Civ. P. 34.

*Additional Information*

Lastly, Plaintiffs are advised that in cases where a plaintiff is proceeding in forma pauperis, the Court must conduct an initial review of the complaint for sufficiency to state a claim.  The Court must dismiss a complaint or portion thereof if it determines that the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915(e)(2).  The Court will direct the United States Marshal to serve a complaint only after the Court has screened the complaint and determined that it contains cognizable claims for relief against the named defendants.  This Court has a large number of such cases pending before it and will screen any amended complaint filed, assuming Plaintiffs apply for in forma pauperis status,  in due course.

## CONCLUSION AND ORDER

1. Plaintiffs are DIRECTED to file an amended *signed* complaint no later than April 19, 2010;
2. Plaintiff Jay Dee Yount's Application to Proceed In Forma Pauperis (Doc. 2) is DENIED without prejudice;
3. The Clerk of the Court is DIRECTED to serve Plaintiffs with three of the Eastern District Court's Application to Proceed Without Prepayment of Fees and Affidavit forms;

//
//

3

4. Plaintiffs SHALL each file this Court's Application to Proceed Without Prepayment of Fees and Affidavit form, or pay the filing fee of $350.00, no later than April 19, 2010; and

5. Plaintiffs are advised that failure to comply with this Court's order may result in the dismissal of this action.

IT IS SO ORDERED.

**Dated:** **March 18, 2010**         **/s/ Gary S. Austin**
                          UNITED STATES MAGISTRATE JUDGE